(December 3, 2001)*

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL RIFKIN, Appellant.—Appeal by the defendant from a judg-

---

* Not published with other Second Department decisions of December 3, 2002.

ment of the County Court, Suffolk County (Jones, J.), rendered September 18, 1995, convicting him of murder in the second degree (four counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant effectively waived his right to appeal upon his plea of guilty (*see, People v Kemp*, 94 NY2d 831). Ritter, J.P., Krausman, S. Miller and Florio, JJ., concur.